916

No. 632. TUCKER ET AL. v. BAKER ET AL. C. A. 5th Cir. Certiorari denied. *Dexter Hamilton* for petitioners. *J. Hart Willis* for respondents.

No. 589. NATIONAL CITY LINES, INC. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward R. Johnston* and *H. Templeton Brown* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *J. Roger Wollenberg* for the United States.

No. 597. Goo v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *J. Garner Anthony* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Robert L. Stern, Ellis N. Slack* and *Arthur F. Callahan* for the United States.

No. 643. POHL ET AL. v. ACHESON, SECRETARY OF STATE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Warren E. Magee* for petitioners. *Solicitor General Perlman* and *Robert W. Ginnane* for respondents.

No. 360, Misc. WEARS v. KANSAS. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se. Harold R. Fatzer,* Attorney General of Kansas, and *Willis H. McQueary,* Assistant Attorney General, for respondent.